USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANYENY M. MARTINEZ,

                Plaintiff,

-against-

GARDEN PHARMACY, INC., SAFEWAY PHARMACY, INC., RAY'S PHARMACY, INC., 145TH STREET PHARMACY, INC., AND SAGNIA BALBUENA,

                Defendants.

19-cv-08195 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On December 24, 2019, the Court ordered Plaintiff and Defendant Sagnia Balbuena to submit affidavits as to their interactions throughout the course of this litigation and specifically, whether there was any agreement reached between parties prior to Plaintiff's submission of her voluntary dismissal. The Court also ordered Plaintiff's counsel and Defendants' counsel to submit affidavits. To date, these affidavits have not been submitted. The parties are ordered to submit these affidavits by February 21, 2020.

**SO ORDERED.**

Dated: February 7, 2020
      New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**