USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF AMERICA AND THE :
ANYENY M. MARTINEZ, :
                                          **Plaintiff/Relator,** :   **19-cv-8195 (ALC)**

-against-                                      :    **ORDER**

**GARDEN PHARMACY INC., ET AL,** :
                                                **Defendant.** :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    On February 21, 2020, Plaintiff filed a declaration pursuant to the Court's February 7, 2020 order. Plaintiff stated that a hearing was required in part to determine fees. Defendant is hereby ordered to respond to this request for a hearing to determine fees by June 8, 2020.

**SO ORDERED.**

**Dated:  June 11, 2020**
        **New York, New York**                                          **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**