USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**UNITED STATES OF AMERICA AND THE**
**ANYENY M. MARTINEZ,**

                      **Plaintiff/Relator,**

      **-against-**

**GARDEN PHARMACY INC., ET AL,**

                      **Defendant.**

-----------------------------------------------------------x

**19-cv-8195 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On February 21, 2020, Plaintiff filed a declaration pursuant to the Court's February 7, 2020 order. Plaintiff stated that a hearing was required in part to determine fees. Defendant is hereby ordered to respond to this request for a hearing to determine fees by June 18, 2020.

**SO ORDERED.**

**Dated:  June 11, 2020**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**