USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MARTINEZ,**

                **Plaintiff,**

      -against-

**GARDEN PHARMACY INC., et al.,**

                **Defendants.**

**19-cv-08195 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this case on **October 14, 2020 at 2 p.m.** regarding Defendant's request for dismissal. ECF No. 14. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated: September 20, 2020
       New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**